**Order entered December 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01282-CV

## IN RE HILLVIEW VILLAGE, LP AND FIRESIDE CUSTOM HOMES, LLC, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04442-2018**

# ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.


/s/     CRAIG STODDART
        JUSTICE